SEALED DOCUMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN ACETO | ) |
| et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 19-cv-464 (BAH) |
| THE ISLAMIC REPUBLIC OF IRAN | ) |
| Defendant. | ) |

MOTION FOR LEAVE TO FILE PLAINTIFFS' ADDRESSES
UNDER SEAL INSTEAD OF IN COMPLAINT

Plaintiffs respectfully move the Court to dispense with the Court's requirement of appending their addresses to the publicly filed Complaint herein and to allow them to file those addresses under seal in proposed Exhibit A as attached hereto.  This would entail a waiver of LCVR 5.1(c)(1), which would otherwise require publicly filing plaintiffs' addresses in the caption of the Complaint. for these limited purposes.

Plaintiffs are victims of the terrorist attack at the Khobar Towers housing complex in Dhahran Saudi Arabia, of June 25, 1996, and their immediate family members.  Having been victimized by terrorists and their enablers before, Plaintiffs have justifiable concerns that they may be targeted, by way of retaliation, or otherwise, for their participation in this lawsuit.  They wish to keep as low a profile as possible, and not make it too easy for anyone to find and/or to target them.  In addition, they wish to maintain as much privacy concerning themselves as possible.  Accordingly, they hereby move the Court for leave to file their addresses attached as

Exhibit A to this motion under seal rather than in the publicly-filed Complaint filed yesterday. Although the Court's rule requires that all plaintiffs' addresses be included below their names in the Complaint, the Court is requested to allow a modification of the rule in these circumstances, so that all plaintiffs can have a greater sense of security.

The Court has accommodated similar requests in other cases filed against state sponsors of terrorism.  E.g.,  *Akins v. Islamic Republic of Iran*, 332 F. Supp.3d 1 (D.D.C. 2018).

CONCLUSION

For the reasons stated herein, the Court should grant this motion to allow filing of the plaintiffs' addresses as attached hereto under seal.

Respectfully submitted,

/s/__Paul G Gaston_____
Paul G. Gaston, DC Bar #290833
LAW OFFICES PAUL G. GASTON
1901 Pennsylvania Avenue, NW, Suite 607
Washington DC 20006
202-296-5856
paul@gastonlawoffice.com

*Attorney for Plaintiffs*

Dated: Feb. 26, 2019

CERTIFICATE OF SERVICE

Undersigned counsel for plaintiffs hereby represents and undertakes to serve a copy of the preceding Motion upon Defendant and/or its attorney, if and when Defendant enters an appearance in this case.

/s/ Paul G. Gaston
Paul G. Gaston