IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN ACETO  )<br>  )<br>  et al.  )<br>  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )  Case No. 19-cv-464 (BAH)<br>  )<br>THE ISLAMIC REPUBLIC OF IRAN  )<br>  )<br>  )<br>  Defendant.  )  | |

**PLAINTIFFS' NOTICE OF RECENT LEGISLATIVE DEVELOPMENT**

Plaintiffs Steven Aceto et al., hereby file this Notice of Recent Legislative Development to apprise the Court of recent legislative changes that would affect Plaintiffs' right to recover from the U.S. Victims of State Sponsored Terrorism Fund ("USVSST") if the Court grants their pending Motion for Entry of Default Judgment (ECF # 23 ) filed herein on September 2, 2019.

On November 21, 2019, legislation called "The United States Victims of State Sponsored Terrorism Fund Clarification Act" was enacted. Public Law No. 116-69, 133 Stat. 1133, at 1140. The Clarification Act made a number of technical amendments to the Justice for United States Victims of State Sponsored Terrorism Act, 34 U.S.C. § 20144, which is the primary means that plaintiffs such as these herein can hope to recover some small portion of any compensatory damages judgment they may be awarded against defendant Iran.

One of the changes made by the Clarification Act extended the deadline for submission of applications for third-round USVSST claims from the previous deadline of September 13, 2019 (now past) to a new deadline of February 19, 2020.

1

2

This means that, if the Court grants plaintiffs' pending Motion and enters Judgment at least a few days before February 19, 2020, plaintiffs herein will have an opportunity to submit applications for third-round payments to be made by the USVSST. The Clarification Act requires any payments awarded to third-round claimants who submit applications by February 19, 2020, to be authorized by the USVSST no later than May 19, 2020.

        Respectfully submitted,

/s/   Paul G Gaston
Paul G. Gaston, DC Bar #290833
LAW OFFICES PAUL G. GASTON
1901 Pennsylvania Avenue, NW, Suite 607
Washington DC 20006
202-296-5856
paul@gastonlawoffice.com
*Attorney for Plaintiffs*

December 16, 2019