IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN ACETO )<br>)<br>    et al. )<br>)<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN )<br>)<br>)<br>    Defendant. ) | Case No. 19-cv-00464 (BAH) |

## **PLAINTIFFS' NOTICE OF VOLUNTARY WITHDRAWAL OF PUNITIVE DAMAGES DEMAND**

In response to the Court's Minute Order entered January 16, 2020, Plaintiffs Steven Aceto et al., hereby file this Notice Of Voluntary Withdrawal of their demand for punitive damages against defendant the Islamic Republic of Iran. As the Court's Order referenced, the allowability *vel non* of punitive damages imposed retroactively for events prior to enactment in 2008 of 28 U.S.C. § 1605A(c), see National Defense Authorization Act for Fiscal Year 2008 (NDAA), Pub. L. No. 110-181, Div. A, Tit. X, § 1083(a)(1), 122 Stat. 338, is a question on which the Supreme Court has granted certiorari. *Opati v. Republic of Sudan*, 139 S. Ct. 2771 (2019).

If plaintiffs maintained their demand for punitive damages, their Motion for Entry of a Default (Final) Judgment may have to be stayed pending resolution by the Supreme Court of *Opati*.

Plaintiffs choose to avoid any possibility of a stay and seek instead to improve their chance of qualifying for third–round USVSST payments, which are based solely on

1

compensatory damages, but require entry of a Final Judgment and Order. Accordingly Plaintiffs hereby withdraw their demand for punitive damages. This Court has allowed and given full effect to a similar withdrawal of a demand for punitive damages in a similar case involving other Khobar Towers plaintiffs, *Schooley v. Islamic Republic of Iran*, No. 17-cv-01376 (BAH) (D.D.C. June 27, 2019), Memorandum Op. at 174 and note 9.

Accordingly, the Court is requested to give effect to Plaintiffs' withdrawal of their request for punitive damages, and not stay their claims.

Respectfully submitted,

/s/__Paul G Gaston_____
Paul G. Gaston, DC Bar #290833
LAW OFFICES PAUL G. GASTON
1901 Pennsylvania Avenue, NW, Suite 607
Washington DC 20006
202-296-5856
paul@gastonlawoffice.com
*Attorney for Plaintiffs*

January 21, 2020

2