IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN ACETO ) | |
|    ) | |
|    et al. ) | |
|    ) | |
|    ) | |
|    Plaintiffs, ) | |
|    ) | |
|    v. ) | Case No. 19-cv-00464 (BAH) |
|    ) | |
| THE ISLAMIC REPUBLIC OF IRAN ) | |
|    ) | |
|    ) | |
|    Defendant. ) | |

**PLAINTIFFS' RESPONSE TO COURT MINUTE ORDER OF JAN. 16, 2020**

Plaintiffs Steven Aceto et al., hereby file this response to the Court's Minute Order of January 16, 2020. In that Order, the Court directed Plaintiffs to file responses to the following questions: "Given the [1] Complaint's claim for punitive damages under 28 U.S.C. § 1605A, *see* Compl. ¶ 27, should this action be stayed pending the Supreme Court's resolution of *Opati v. Republic of Sudan*, 139 S. Ct. 2771 (2019) (Mem.)? (2) If the plaintiffs oppose a stay and plaintiffs, as stated in their [26] Notice of Recent Legislative Development, continue to request that default judgment be entered prior to February 19, 2020, what is the plaintiffs' position on how the Supreme Court's grant of certiorari in *Opati* affects their claim for punitive damages?"

Plaintiffs thank the Court for giving them the opportunity to respond to the questions asked. Plaintiffs respond that this case should not be stayed pending resolution of the *Opati* case because they have today also submitted a Notice of Voluntary Withdrawal of their Demand for Punitive Damages, thus mooting that issue and making a response to the Court's second question unnecessary.

1

Accordingly the Court is requested not to stay consideration of Plaintiffs' claims against Defendant the Islamic Republic of Iran.

Respectfully submitted,

/s/   Paul G Gaston
Paul G. Gaston, DC Bar #290833
LAW OFFICES PAUL G. GASTON
1901 Pennsylvania Avenue, NW, Suite 607
Washington DC 20006
202-296-5856
paul@gastonlawoffice.com
*Attorney for Plaintiffs*

January 21, 2020